Order issued October _29_ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01296-CV

## TEXAS DEPARTMENT OF LICENSING AND REGULATION, Appellant

### V.

## THE MIAN DEVELOPMENT CORP., Appellee

## ORDER

We **GRANT** appellant's October 24, 2012 motion for an extension of time to file a brief **TO THE EXTENT** that appellant shall file its brief on or before **November 27, 2012.** We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

CAROLYN WRIGHT
CHIEF JUSTICE